# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: GRYBAS, BRUCE W. | § | Case No. 05-50863 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $504,904.00 |
| Total Distribution to Claimants: $53,765.17 | Claims Discharged Without Payment: $1,590,883.83 |
| Total Expenses of Administration: $16,138.15 | |

3) Total gross receipts of $ 69,903.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $69,903.32 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $277,142.88 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 16,138.15 | 16,138.15 | 16,138.15 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 1,644,649.00 | 1,638,754.45 | 1,638,754.45 | 53,765.17 |
| TOTAL DISBURSEMENTS | $1,921,791.88 | $1,654,892.60 | $1,654,892.60 | $69,903.32 |

4) This case was originally filed under Chapter 7 on October 12, 2005. . The case was pending for 52 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/02/2010            By: /s/KAREN R. GOODMAN
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2nd PAYMENT ON CDRs | 1129-000 | 1,314.20 |
| Tax refund | 1224-000 | 511.00 |
| STOCK -66,000 SHARES OF COMDISCO | 1129-000 | 55,457.60 |
| CAUSE OF ACTION-FRAUDULENT CONVEY. VS. DEBTOR | 1241-000 | 12,500.00 |
| Interest Income | 1270-000 | 120.52 |
| **TOTAL GROSS RECEIPTS** | | **$69,903.32** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Harris Bank | 4110-000 | 115,804.89 | N/A | N/A | 0.00 |
| Harris Bank | 4110-000 | 140,337.99 | N/A | N/A | 0.00 |
| American Honda Finance Corp. | 4110-000 | 21,000.00 | N/A | N/A | 0.00 |
| TOTAL SECURED CLAIMS | | $277,142.88 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 6,719.15 | 6,719.15 | 6,719.15 |
| KAREN R. GOODMAN | 2200-000 | N/A | 7.10 | 7.10 | 7.10 |
| SHEFSKY & FROELICH LTD | 3110-000 | N/A | 6,820.00 | 6,820.00 | 6,820.00 |
| ALAN D. LASKO | 3410-000 | N/A | 1,090.00 | 1,090.00 | 1,090.00 |
| ALAN D. LASKO | 3410-000 | N/A | 1,416.20 | 1,416.20 | 1,416.20 |
| ALAN D. LASKO | 3420-000 | N/A | 10.97 | 10.97 | 10.97 |
| ALAN D. LASKO | 3420-000 | N/A | 10.72 | 10.72 | 10.72 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 8.12 | 8.12 | 8.12 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 55.89 | 55.89 | 55.89 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 16,138.15 | 16,138.15 | 16,138.15 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| John W. Costello, Comdisco Litigation Trustee | 7100-000 | 1,638,754.45 | 1,638,754.45 | 1,638,754.45 | 53,765.17 |
| Davis McGrath LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| American Honda Finance Corp. | 7100-000 | 5,894.55 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | 1,644,649.00 | 1,638,754.45 | 1,638,754.45 | 53,765.17 |

UST Form 101-7-TDR (9/1/2009)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 05-50863  
Case Name: GRYBAS, BRUCE W.  
Period Ending: 02/02/10

Trustee: (520191) KAREN R. GOODMAN  
Filed (f) or Converted (c): 10/12/05 (f)  
§341(a) Meeting Date: 12/21/05  
Claims Bar Date: 12/04/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 50.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS-CKING--AMERICAN CHARTERED BANK | 250.00 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS--SAVINGS AT CHARLES SCHWAB | 133.50 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 933.50 | | 0.00 | FA |
| 5 | WEARING APPAREL AND JEWELRY | 500.00 | 450.00 | | 0.00 | FA |
| 6 | 2 WATCHES | 50.00 | 50.00 | | 0.00 | FA |
| 7 | DIGITAL CAMERA | 50.00 | 50.00 | | 0.00 | FA |
| 8 | PENSION PLANS AND PROFIT SHARING | 502,854.00 | 0.00 | | 0.00 | FA |
| 9 | STOCK AND BUSINESS INTEREST-3522 SH. OF COMDISCO | 1,232.70 | 1,232.70 | | 0.00 | FA |
| 10 | STOCK -66,000 SHARES OF COMDISCO<br>   Contingent distribtution rights in Comdisco per Plan of Reorganization | 22,400.00 | 22,400.00 | | 55,457.60 | FA |
| 11 | BENEFICIAL INT. IN BWG TRUST AGREEMENT | 0.00 | 0.00 | | 0.00 | FA |
| 12 | CONTINGENT, BENEFICIAL INT. IN BAG TRUST | Unknown | Unknown | | 0.00 | FA |
| 13 | POC FOR $1,104,000 IN COMDISCO BANKRUPTCY<br>   Same as assset # 10 for which recovery was made. | Unknown | Unknown | | 0.00 | FA |
| 14 | CAUSE OF ACTION-CLASS MEMBER | Unknown | Unknown | | 0.00 | FA |
| 15 | AUTOMOBILES AND OTHER VEHICLES--'05 HONDA ACCORD | 21,000.00 | 0.00 | | 0.00 | FA |
| 16 | CAUSE OF ACTION-FRAUDULENT CONVEY. VS. DEBTOR (u) (See Footnote) | Unknown | Unknown | | 12,500.00 | FA |
| 17 | PERSONAL COMPUTER | 150.00 | 150.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 120.52 | FA |
| 18 | Assets    Totals (Excluding unknown values) | $551,170.20 | $25,266.20 | | $68,078.12 | $0.00 |

RE PROP# 16    Relates to trade in value of $2000 Yukon which Debtor owned and used to purchase 2005 Honda

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 05-50863 | Trustee: | (520191) KAREN R. GOODMAN |
|---|---|---|---|
| Case Name: | GRYBAS, BRUCE W. | Filed (f) or Converted (c): | 10/12/05 (f) |
| | | §341(a) Meeting Date: | 12/21/05 |
| Period Ending: 02/02/10 | | Claims Bar Date: | 12/04/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

    File TDR.

Initial Projected Date Of Final Report (TFR):   December 31, 2008    Current Projected Date Of Final Report (TFR):   December 7, 2009  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-50863 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | GRYBAS, BRUCE W. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****24-65 - Money Market Account |
| Taxpayer ID #: | 13-7560121 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 02/02/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/22/07 | {16} | BRUCE GRYBAS | 1ST INSTALLMENT OF SETTLEMENT PER CT ORDER DATED 3/1/07 | 1241-000 | 695.00 | | 695.00 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.06 | | 695.06 |
| 04/23/07 | {16} | BRUCE GRYBAS | 2ND INSTALLMENT OF SETTLEMENT PER CT ORDER DATED 3/1/07 | 1241-000 | 695.00 | | 1,390.06 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.39 | | 1,390.45 |
| 05/14/07 | {16} | BRUCE GRYBAS | 3RD INSTALLMENT OF SETTLEMENT PER CT ORDER DATED 3/1/07 | 1241-000 | 695.00 | | 2,085.45 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.95 | | 2,086.40 |
| 06/11/07 | {16} | BRUCE GRYBAS | 4TH INSTALLMENT OF SETTLEMENT PER CT ORDER DATED 3/1/07 | 1241-000 | 695.00 | | 2,781.40 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.26 | | 2,782.66 |
| 07/19/07 | {16} | BRUCE GRYBAS | 5TH INSTALLMENT OF SETTLEMENT PER CT ORDER DATED 3/1/07 | 1241-000 | 695.00 | | 3,477.66 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.69 | | 3,479.35 |
| 08/14/07 | {16} | BRUCE GRYBAS | 6TH INSTALLMENT OF SETTLEMENT PER CT ORDER DATED 3/1/07 | 1241-000 | 695.00 | | 4,174.35 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.06 | | 4,176.41 |
| 09/14/07 | {16} | BRUCE GRYBAS | 7TH INSTALLMENT OF SETTLEMENT PER CT ORDER DATED 3/1/07 | 1241-000 | 695.00 | | 4,871.41 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.20 | | 4,873.61 |
| 10/16/07 | {16} | BRUCE GRYBAS | 8TH INSTALLMENT OF SETTLEMENT PER CT ORDER DATED 3/1/07 | 1241-000 | 695.00 | | 5,568.61 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.02 | | 5,571.63 |
| 11/16/07 | {16} | BRUCE GRYBAS | 9TH INSTALLMENT OF SETTLEMENT PER CT ORDER DATED 3/1/07 | 1241-000 | 695.00 | | 6,266.63 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.03 | | 6,269.66 |
| 12/20/07 | {16} | BRUCE GRYBAS | 10TH INSTALLMENT OF SETTLEMENT PER CT ORDER DATED 3/1/07 | 1241-000 | 695.00 | | 6,964.66 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.28 | | 6,967.94 |
| 01/04/08 | {16} | BRUCE GRYBAS | 11TH INSTALLMENT OF SETTLEMENT PER CT ORDER DATED 3/1/07 | 1241-000 | 695.00 | | 7,662.94 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 3.41 | | 7,666.35 |
| 02/05/08 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/05/2008 FOR CASE #05-50863, CHAPTER 7 BLANKET BOND INLLINOIS - CHICAGO - NORTHERN DISTRICT | 2300-000 | | 8.12 | 7,658.23 |
| 02/07/08 | {16} | BRUCE GRYBAS | 12TH INSTALLMENT OF SETTLEMENT PER | 1241-000 | 695.00 | | 8,353.23 |

Subtotals : $8,361.35  $8.12

{} Asset reference(s)  Printed: 02/02/2010 12:20 PM  V.11.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 05-50863  
**Case Name:** GRYBAS, BRUCE W.  

**Taxpayer ID #:** 13-7560121  
**Period Ending:** 02/02/10  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****24-65 - Money Market Account  
**Blanket Bond:** $61,494,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | CT ORDER DATED 3/1/07 | | | | |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.66 | | 8,354.89 |
| 03/14/08 | {16} | BRUCE GRYBAS | 13TH INSTALLMENT OF SETTLEMENT PER CT ORDER DATED 3/1/07 | 1241-000 | 695.00 | | 9,049.89 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.59 | | 9,051.48 |
| 04/14/08 | {16} | BRUCE GRYBAS | 14TH INSTALLMENT OF SETTLEMENT PER CT ORDER DATED 3/1/07 | 1241-000 | 695.00 | | 9,746.48 |
| 04/30/08 | {10} | COMDISCO, INC. | 1ST DISTRIBUTION ON SIP CDRs | 1129-000 | 55,457.60 | | 65,204.08 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.30 | | 65,205.38 |
| 05/12/08 | {16} | BRUCE GRYBAS | 15TH INSTALLMENT OF SETTLEMENT PER CT ORDER DATED 3/1/07 | 1241-000 | 695.00 | | 65,900.38 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 7.95 | | 65,908.33 |
| 06/16/08 | {16} | BRUCE GRYBAS | 16TH INSTALLMENT OF SETTLEMENT PER CT ORDER DATED 3/1/07 | 1241-000 | 695.00 | | 66,603.33 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.41 | | 66,611.74 |
| 07/17/08 | {16} | BRUCE GRYBAS | 17TH INSTALLMENT OF SETTLEMENT PER CT ORDER DATED 3/1/07 | 1241-000 | 695.00 | | 67,306.74 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.49 | | 67,315.23 |
| 08/26/08 | {16} | BRUCE GRYBAS | 18TH INSTALLMENT AND FINAL PAYMENT OF SETTLEMENT PER CT ORDER DATED 3/1/07 | 1241-000 | 685.00 | | 68,000.23 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.00 | | 68,008.23 |
| 09/29/08 | | COMDISCO HOLDING COMPANY, INC. | 2nd PAYMENT ON CDRs | 1129-000 | 1,314.20 | | 69,322.43 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.92 | | 69,331.35 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 7.56 | | 69,338.91 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 5.45 | | 69,344.36 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.91 | | 69,349.27 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.82 | | 69,352.09 |
| 02/06/09 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/06/2009 FOR CASE #05-50863, CHAPTER 7 BLANKET BOND ILLINOIS-CHICAGO-NORTHERN DISTRICT | 2300-000 | | 55.89 | 69,296.20 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.64 | | 69,298.84 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.01 | | 69,301.85 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.82 | | 69,304.67 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.73 | | 69,307.40 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.01 | | 69,310.41 |

Subtotals: $61,013.07   $55.89

{} Asset reference(s)

Printed: 02/02/2010 12:20 PM    V.11.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-50863 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | GRYBAS, BRUCE W. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****24-65 - Money Market Account |
| Taxpayer ID #: | 13-7560121 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 02/02/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.92 | | 69,313.33 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.92 | | 69,316.25 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.82 | | 69,319.07 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.82 | | 69,321.89 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.92 | | 69,324.81 |
| 12/01/09 | | U.S. Treasury | Tax refund | 1224-000 | 511.00 | | 69,835.81 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.94 | | 69,838.75 |
| 01/07/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.56 | | 69,839.31 |
| 01/07/10 | | To Account #********2466 | FUNDS TRANSFER | 9999-000 | | 69,839.31 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **69,903.32** | **69,903.32** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 69,839.31 | |
| | | | **Subtotal** | | **69,903.32** | **64.01** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$69,903.32** | **$64.01** | |

{} Asset reference(s)

Printed: 02/02/2010 12:20 PM    V.11.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 05-50863 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | GRYBAS, BRUCE W. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****24-66 - Checking Account |
| Taxpayer ID #: | 13-7560121 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 02/02/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/07/10 | | From Account #********2465 | FUNDS TRANSFER | 9999-000 | 69,839.31 | | 69,839.31 |
| 01/08/10 | 101 | ALAN D. LASKO | Expenses re 2nd & Final Fee Application | 3420-000 | | 10.72 | 69,828.59 |
| 01/08/10 | 102 | ALAN D. LASKO | Expenses re 1st Interim Fee Application | 3420-000 | | 10.97 | 69,817.62 |
| 01/08/10 | 103 | ALAN D. LASKO | Fees re 1st Interim Fee Application | 3410-000 | | 1,090.00 | 68,727.62 |
| 01/08/10 | 104 | ALAN D. LASKO | Fees re 2nd & Final Fee Application | 3410-000 | | 1,416.20 | 67,311.42 |
| 01/08/10 | 105 | KAREN R. GOODMAN, Trustee | TRUSTEE EXPENSES PER COURT ORDER DATED  JANUARY 7, 2010 | 2200-000 | | 7.10 | 67,304.32 |
| 01/08/10 | 106 | KAREN R. GOODMAN, TRUSTEE | TRUSTEE COMPENSATION PER COURT ORDER DATED JANUARY 7, 2010 | 2100-000 | | 6,719.15 | 60,585.17 |
| 01/08/10 | 107 | SHEFSKY & FROELICH LTD | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED JANUARY 7, 2010 | 3110-000 | | 6,820.00 | 53,765.17 |
| 01/08/10 | 108 | John W. Costello, Comdisco Litigation Trustee | FIRST AND FINAL DISTRIBUTION FOR CLAIM NO. 1 | 7100-000 | | 53,765.17 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 69,839.31 | 69,839.31 | $0.00 |
| Less: Bank Transfers | | 69,839.31 | 0.00 | |
| Subtotal | | 0.00 | 69,839.31 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $69,839.31 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****24-65 | 69,903.32 | 64.01 | 0.00 |
| Checking # ***-*****24-66 | 0.00 | 69,839.31 | 0.00 |
| | $69,903.32 | $69,903.32 | $0.00 |

{} Asset reference(s)

Printed: 02/02/2010 12:20 PM    V.11.54